UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Joseph Vaillancourt

    v.                              Case No. 06-fp-472

New Hampshire Department of
Corrections, Commissioner


**O R D E R**

    Petitioner's Motion to Proceed In Forma Pauperis (document no. 2) is granted.

    This file has been assigned civil number 06-cv-472-PB.

    **SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: January 4, 2007

cc:    Joseph Vaillancourt, *pro se*