UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Vaillancourt</u>

       v.                              Case No. 06-cv-472-PB

<u>NH Department of Corrections</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 26, 2007.

SO ORDERED.

February 14, 2007                             /s/ Paul Barbadoro
                                                              Paul Barbadoro
                                                               United States District Judge

cc:    Joseph Vaillancourt